AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Three electronic devices, as described in Attachment A | )<br>)<br>)   Case No.   23-511 (M)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Judicial_____ District of _____Puerto Rico_____
*(identify the person or describe the property to be searched and give its location)*:

Three electronic devices, as described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   May 22, 2023   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   _____Magistrate Judge on duty_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   May 8, 2023 @ 2:19pm   _____
*Judge's signature*

City and state:   San Juan, Puerto Rico   Marshal D. Morgan, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: TFO |
|---|---|---|
| 23-511 (M) | 05/09/2023 – 1160 | HSI, Alexander Tirado |

Inventory made in the presence of:
ATF TFO, Charlies Vega

Inventory of the property taken and name of any person(s) seized:

One (1) Black Iphone: EMeI 350553047983316, SIM# 8501260700 7433130212886669

One (1) white Iphone w/ Black Case, SIM# TF128 PSIm SSAID 85124020 Emei 352060 427251337

One (1) Iphone 14, white and gold with Black case

Property Seized from: Aram/de Borgen-mely

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/09/2023

TFO, ATF [signature]
Executing officer's signature

TFO, ATF Luis R. Ferusing-Comen
Printed name and title